JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA  91355
Tel:   (818) 905 6611
Fax:   (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY<br><br>    Defendant | No. 2:19-cv-06253-SK<br><br>ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $2,634.82 in attorney's fees, subject to the terms of the stipulation.

Dated:  __May 7, 2020__

_____
HON. STEVE KIM
U.S. Magistrate Judge